DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:10-cr-_137_ |
| VS. | **VIOLATION:** |
| JOHNSON COLBY SHEFFIELD, | 18 U.S.C. §2422(b) - Coercion and Enticement |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Coercion and Enticement

From on or about November 16, 2009, to on or about November 17, 2009, in the State and Federal District of Nevada and elsewhere,

**JOHNSON COLBY SHEFFIELD,**

defendant herein, did use a facility of interstate commerce to knowingly coerce, persuade, induce and entice, and to attempt to knowingly coerce, persuade, induce and entice, an individual who has not attained the age of 18 years; to wit, "S," to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

. . . .

. . . .

## COUNT TWO
Coercion and Enticement

From on or about November 12, 2009, to on or about November 17, 2009, in the State and Federal District of Nevada and elsewhere,

**JOHNSON COLBY SHEFFIELD,**

defendant herein, did use a facility of interstate commerce to knowingly coerce, persuade, induce and entice, and to attempt to knowingly coerce, persuade, induce and entice, an individual who has not attained the age of 18 years; to wit, "A," to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
Coercion and Enticement

From an unknown time to on or about November 17, 2009, in the State and Federal District of Nevada and elsewhere,

**JOHNSON COLBY SHEFFIELD,**

defendant herein, did use a facility of interstate commerce to knowingly coerce, persuade, induce and entice, and to attempt to knowingly coerce, persuade, induce and entice, an individual who has not attained the age of 18 years; to wit, "K," to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
Coercion and Enticement

From an unknown time to in or about November 2009, in the State and Federal District of Nevada and elsewhere,

**JOHNSON COLBY SHEFFIELD,**

defendant herein, did use a facility of interstate commerce to knowingly coerce, persuade,

induce and entice, and to attempt to knowingly coerce, persuade, induce and entice, an individual who has not attained the age of 18 years; to wit, "B," to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

**DATED**: this 24 day of March, 2010.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

3