**United States District Court
for
the District of Nevada**

**REPORT ON OFFENDER
UNDER SUPERVISION
February 21, 2019**

Name of Offender: **Johnson Colby Sheffield**

Case Number:  **2:10CR00137**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 19, 2011**

Original Offense: **Coercion and Enticement**

Original Sentence: **120 Months prison followed by Lifetime supervised release**

Date Supervision Commenced: **November 29, 2018**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**COMPLIANCE SUMMARY**

The offender has complied with the following condition(s) of supervision:

1. **Substance Abuse Treatment** – You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor and other forms of intoxicants while participating in substance abuse treatment. Further you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

2. **Mental Health Treatment** – You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall

refrain from the use and possession of beer, wine, liquor and other forms of intoxicants while participating in mental health treatment. Further you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay

## U. S. PROBATION OFFICER ACTION SUMMARY

Mr. Sheffield was referred for an assessment for mental health and substance abuse treatment on December 7, 2018, as ordered in his Judgement and Commitment. The counselor at Bridge Counseling, in Las Vegas, Nevada, determined that Mr. Sheffield does not meet the criteria needed for mental health treatment or substance abuse treatment.

Sheffield was seen by Bridge Counseling for substance abuse counseling and he was assessed for mental health treatment prior to his release from Bureau of Prisons custody. Sheffield does attend sex offender treatment as ordered, and he has thus far been compliant with all conditions of supervision.

It is respectfully requested that Sheffield's mental health and substance abuse conditions be held in abeyance.

Respectfully submitted,

Steven M. Goldner
2019.02.21
13:07:35 -08'00'

Steve M Goldner
Senior United States Probation Officer

Approved:

*Benjamin Johnson*    Benjamin Johnson
                      2019.02.21 14:01:15
_____  -08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

Please indicate your response below and return to the Probation Office:

☒    Concur with the proposed course of action.

D/NV Form
Rev. June 2014

☐    Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____February 22, 2019_____
Date